NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRI INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**v.**

**CISCO SYSTEMS, INC.,**
*Defendant-Appellant*

---

2017-2223

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-01534-SLR-SRF, Judge Sue L. Robinson.

---

## ON PETITION FOR PANEL REHEARING

---

Before LOURIE, O'MALLEY, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Appellant Cisco Systems, Inc., filed a combined petition for panel rehearing and rehearing en banc on May 10, 2019. A response to the petition was invited by the court and filed by Appellee SRI International, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

1)  The petition for panel rehearing is granted in part and denied in part.

2)  The previous precedential opinion in this appeal, issued March 20, 2019, is withdrawn and replaced with the modified precedential opinion accompanying this order.  The modifications appear in section V of the opinion, along with corresponding changes to the introduction and conclusion.

FOR THE COURT

July 12, 2019                     /s/ Peter R. Marksteiner
    Date                          Peter R. Marksteiner
                                  Clerk of Court